IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF IOWA
EASTERN-WATERLOO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | No. CR 14-2026-LRR |
| ) | |
| vs. ) | |
| ) | |
| TERRY STANKEE, ) | |
| ) | |
| Defendant. ) | |

## PRELIMINARY ORDER OF FORFEITURE

WHEREAS, on September 12, 2014, defendant pled guilty to Count 3 (making available a place for the purpose of manufacturing, distributing, and using methamphetamine) of the Indictment filed on June 18, 2014;

AND WHEREAS, the Indictment included a forfeiture provision seeking forfeiture of the real property located at 3387 110th Avenue, Coggon, Iowa, pursuant to 21 U.S.C. § 853, and/or other property pursuant to 21 U.S.C. § 853(p), for violations of Title 21, United States Code, Sections 841(a)(1), 846, and 856(a)(2);

AND WHEREAS, it has been agreed by the parties to the entry of a money judgment in the amount of $80,000 in lieu of forfeiture of the real property at 3387 110th Avenue, Coggon, Iowa;

AND WHEREAS, pursuant to Rules 32.2(b)(2) and 32.2(c)(1), since this forfeiture consists solely of a money judgment against Terry Stankee, no ancillary proceeding is required;

IT IS HEREBY ORDERED, ADJUDGED AND DECREED that pursuant to Federal Rule of Criminal Procedure 32.2 and Title 21, United States Code, Section 853, the sum of eighty thousand dollars ($80,000) in United States currency is hereby condemned and forfeited to the United States of America and all rights, title, and interest in such property are hereby forever removed, discharged, condemned, and forfeited to the United States and shall be disposed of according to law; and

IT IS FURTHER ORDERED, ADJUDGED AND DECREED that the United States has established the requisite nexus between the real property located at 3387 110th Avenue, Coggon, Iowa and the offenses of conviction and

IT IS FURTHER ORDERED, ADJUDGED AND DECREED that pursuant to Title 21, United States Code, Section 853(p), and Rule 32.2 of the Federal Rules of Criminal Procedure, upon entry of this Preliminary Order of Forfeiture, the Court hereby authorizes the Attorney General or his designated representative to conduct discovery, to identify or locate other property subject to forfeiture, and to seize the property ordered forfeited upon such terms and conditions as set forth by the Court; including any substitute assets to satisfy the money judgment, and

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED, the money judgment against defendant shall become final at sentencing pursuant to Rule 32.2(b)(4)(A);

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED, that the

United States Department of Justice, United States Marshals Service, shall dispose of any forfeited property in accordance with the law; and

IT IS FURTHER ORDERED, ADJUDGED and DECREED that this judgment against Terry Stankee, shall be recorded in the records of the County Recorder=s Office in the county of the defendant=s residence and any and all other counties in which the defendant has either real or personal property as a lien thereon in the amount of eighty thousand dollars ($80,000); and

IT IS FURTHER ORDERED, ADJUDGED and DECREED upon the payment of the judgment in full, that the United States shall file a Satisfaction of Judgment with the District Court and the appropriate Recorder of the County in which any abstract of judgment has been filed; and

IT IS FURTHER ORDERED, ADJUDGED and DECREED that this Order is in continuing and full effect until payment of the eighty thousand dollars ($80,000) is made in full.

**DATED** this 17th day of March, 2015.

LINDA R. READE
CHIEF JUDGE, U.S. DISTRICT COURT
NORTHERN DISTRICT OF IOWA

Approved as to Form and Content

_____
Terry Stankee Defendant

_____
Michael Lahammer- Attorney for Defendant